## Anton J. Cermak, Bailiff, for use of Staver Carriage Company, Plaintiff in Error, v. American Surety Company of New York and David Jetzinger, Defendants in Error.

### Gen. No. 21,626. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed November 14, 1916. Rehearing denied November 24, 1916.

### Statement of the Case.

Action by Anton J. Cermak, bailiff of the Municipal Court of Chicago, for the use of Staver Carriage Company, a corporation, plaintiff, against the American Surety Company of New York and David Jetzinger, defendants, in the Municipal Court of Chicago. To reverse a judgment for defendants for costs, plaintiff prosecutes this writ of error.

BULKLEY, MORE & TALLMADGE, for plaintiff in error.

JOHN M. ZANE, for defendants in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 1014*—*what essential to review of rulings on propositions of law.* In order to enable the Appellate Court to review alleged errors of the trial court in holding propositions of law in a case tried without a jury, it is necessary not only that such propositions shall have been submitted to the trial court, but also that the rulings of the court thereon shall be preserved in the record.